UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| Jamie Dianne Hobbs, | ) | CASE NO. 1:19-bk-10273 |
| | ) | |
| Debtor | ) | JUDGE Susan D. Barrett |
| | ) | |
| | ) | |

**CARRINGTON MORTGAGE SERVICES, LLC NOTICE OF DEBTOR'S REQUEST FOR FORBEARANCE DUE TO THE COVID-19 PANDEMIC**

Now comes Creditor Carrington Mortgage Services, LLC ("Creditor"), by and through undersigned counsel, and hereby submits Notice to the Court of the Debtor's request for mortgage payment forbearance based upon a material financial hardship caused by the COVID-19 pandemic.

The Debtor recently contacted Creditor requesting a forbearance period of 9 months and has elected to not tender mortgage payments to Creditor that would come due on the mortgage starting 04/01/2020 through 12/01/2020. Creditor holds a secured interest in real property commonly known as 2351 Henry Circle, Augusta, Georgia 30906 as evidenced by claim number 3-1 on the Court's claim register. Creditor, at this time, does not waive any rights to collect the payments that come due during the forbearance period. If the Debtor desires to modify the length of the forbearance period or make arrangements to care for the forbearance period arrears, Creditor asks that the Debtor or Counsel for the Debtor make those requests through undersigned counsel.

Per the request, Debtor will resume Mortgage payments beginning 01/01/2021 and will be required to cure the delinquency created by the forbearance period (hereinafter "forbearance arrears"). Creditor has retained undersigned counsel to seek an agreement with Debtor regarding

the cure of the forbearance arrears and submit that agreement to the Court for approval. If Debtor fails to make arrangements to fully cure the forbearance arrears, Creditor reserves it rights to seek relief from the automatic stay upon expiration of the forbearance period.

Date:  October 27, 2020

        Robertson, Anschutz, Schneid & Crane, LLC
        Authorized Agent for Secured Creditor
        10700 Abbott's Bridge Road, Suite 170
        Duluth, GA 30097
        Telephone: 470-321-7112
        Fax: 404-393-1425

        By: /s/ Andrea L. Betts
        Andrea L. Betts
        GA Bar # 432863
        abetts@rascrane.com

**CERTIFICATE OF SERVICE**

I certify that a true and accurate copy of the foregoing *Notice of Debtor's Request for Forbearance* was served upon the following parties in the following fashion on this 27th day of October 2020:

Jamie Dianne Hobbs
2351 Henry Circle
Augusta, GA 30906

And via electronic mail to:

Matthew James Duncan
Duncan & Brow, Attorneys at Law, LLLP
2608 Commons Boulevard
Suite A
Augusta, GA 30909

Huon Le
P.O. Box 2127
Augusta, GA 30903

Office of the U. S. Trustee
Johnson Square Business Center
2 East Bryan Street, Ste 725
Savannah, GA 31401

                                         By: /s/Jenny Choi
                                         Jenny Choi
                                         Email: jchoi@rascrane.com